GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*DataX, LTD.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DIONNE HOLLEY, | Case No. 2:22-cv-01667-RFB-EJY |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DDATAX, LTD TO FILE ANSWER** |
| CLARITY SERVICES, INC; CNU ONLINE HOLDINGS, LLC; DATAX, LTD, | |
| Defendants. | **FIRST REQUEST** |

Defendant DataX, Ltd ("DataX") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that DataX's time to answer, move or otherwise respond to the Complaint in this action is extended from October 26, 2022 through and including **November 25, 2022**. The request was made by DataX so that it can have an opportunity to collect and review its internal files

//

//

//

//

pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

    Respectfully submitted, this 21st day of October 2022.

| | |
|---|---|
| CLARK HILL PLLC | <u>*No opposition*</u> |
| By: /s/*Gia N. Marina*<br>GIA N. MARINA<br>Nevada Bar No. 15276<br>3800 Howard Hughes Drive, Suite 500<br>Las Vegas, Nevada  89169<br>E-mail: gmarina@clarkhill.com<br>Telephone:  (702) 862-8300<br>Facsimile:  (702) 862-8400<br>*Attorney for Defendant DataX, Ltd.* | David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Blvd., Suite 200<br>Henderson, NV 89052<br>Phone: (702) 848-3855<br>Fax: (702) 385-5518<br>Email: dkrieger@kriegerlawgroup.com<br>Email: smiller@kriegerlawgroup.com<br>*Attorneys for Plaintiff* |

    IT IS SO ORDERED:

_____
United States Magistrate Judge

    DATED:  October 21, 2022

- 2 -