Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone: (702) 420-7000
jbraster@nblawnv.com
bgordon@nblawnv.com

Cheryl O'Connor
Nevada Bar No. 14745
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 553-7505
coconnor@jonesday.com

*Attorneys for Defendant*
*Clarity Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIONNE HOLLEY, | Case No. 2:22-cv-01667-RFB-EJY |
| Plaintiff, | **DEFENDANT CLARITY SERVICES, INC. AND PLAINTIFF'S JOINT MOTION TO EXTEND TIME FOR CLARITY TO ANSWER COMPLAINT (FIRST REQUEST)** |
| v. | |
| CLARITY SERVICES, INC; CNU ONLINE HOLDINS, LLC; DATAX, LTD,, | |
| Defendants. | Complaint Filed:  10/04/22 |

Defendant Clarity Services, Inc. ("Clarity") and Plaintiff Dionne Holley ("Plaintiff"), by and through their respective counsel of record, hereby submit this joint motion to extend the time for Clarity to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on October 4, 2022, and currently, Clarity's responsive pleading is due November 2, 2022.  (ECF No. 1.)  The first extension will allow Clarity an opportunity to investigate the facts of this case and to avoid the incurrence of additional

attorneys' fees when this matter may be resolved shortly.  Plaintiff and Clarity submit this joint motion and agree that Clarity shall have an extension until December 2, 2022, to file its responsive pleading.

This is Clarity's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Clarity an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 25th day of October 2022.

NAYLOR & BRASTER                            KRIEGER LAW GROUP, LLC

By: */s/ Benjamin Gordon*                    By: */s/ Shawn W. Miller*
    Jennifer L. Braster                          David H. Krieger
    Nevada Bar No. 9982                           Nevada Bar No. 9086
    Benjamin B. Gordon                           Shawn Wayne Miller
    Nevada Bar No. 15552                         Nevada Bar No. 7825
    1050 Indigo Drive, Suite 200                 5502 S. Fort Apache Road, Suite 200
    Las Vegas, NV 89145                          Las Vegas, NV 89148

    Cheryl O'Connor                          *Attorneys for Plaintiff Dionne Holley*
    Nevada Bar No. 14745
    JONES DAY
    3161 Michelson Drive, Suite 800
    Irvine, CA 92612

*Attorneys for Defendant*
*Clarity Services, Inc.*

**IT IS SO ORDERED.**

Dated this 25th day of October 2022.

_____
UNITED STATES MAGISTRATE JUDGE