|   |   |
|---|---|
| 1 | GIA N. MARINA |
| 2 | Nevada Bar No. 15276<br>**CLARK HILL PLLC** |
| 3 | 3800 Howard Hughes Drive, Suite 500<br>Las Vegas, Nevada 89169 |
| 4 | E-mail: gmarina@clarkhill.com<br>Telephone: (702) 862-8300 |
| 5 | Facsimile: (702) 778-9709<br>*Attorney for Defendant* |
| 6 | *DataX, LTD.* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| DIONNE HOLLEY, | ) | Case No. 2:22-cv-01667-RFB-EJY |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **JOINT MOTION FOR EXTENSION OF TIME FOR DDATAX, LTD TO FILE ANSWER** |
| CLARITY SERVICES, INC; CNU ONLINE HOLDINGS, LLC; DATAX, LTD, | ) | |
| Defendants. | ) | **SECOND REQUEST** |

Defendant DataX, Ltd ("DataX") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that DataX's time to answer, move or otherwise respond to the Complaint in this action is extended from November 25, 2022 through and including **December 27, 2022**. The

//
//
//
//
//
//

request was made by DataX so that the parties can have additional time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

      Respectfully submitted, this 22nd day of November, 2022.

CLARK HILL PLLC

By:  /s/*Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant DataX, Ltd.*

<u>**No opposition**</u>

David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Blvd., Suite 200
Henderson, NV 89052
Phone: (702) 848-3855
Fax: (702) 385-5518
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**DATED:  November 23, 2022**