Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Defendant CNU Online Holdings, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Dionne Holley, an individual,<br><br>　　　Plaintiff,<br><br>v.<br><br>Clarity Services, Inc., CNU Online Holdings, LLC, DataX, Ltd.,<br><br>　　　Defendants. | CASE NO.  2:22-cv-01667-RFB-EJY<br><br>**Stipulation and Order to Extend CNU Online Holdings, LLC's Deadline to Respond to Plaintiff's Complaint**<br><br>**(Second Request)** |

Defendant CNU Online Holdings, LLC's ("CNU") response to Plaintiff Dionne Holley's complaint is due November 23, 2022.  CNU has requested, and Plaintiff has agreed, that CNU have up to and including December 9, 2022, to respond to Plaintiff's complaint.  The additional time will allow CNU to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against CNU.

[continued on following page]

DMFIRM #404971890 v1

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: November 23, 2022

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant CNU Online Holdings, LLC* | By: /s/ David H. Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>5502 S. Fort Apache Road,<br>Suite 200<br>Las Vegas, NV 89148<br>(702) 848-3855<br>dkrieger@kriegerlawgroup.com<br><br>*Attorney for Plaintiff* |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 28, 2022