|   |   |
|---|---|
| 1 | Joel E. Tasca |
|   | Nevada Bar No. 14124 |
| 2 | David E. Chavez |
|   | Nevada Bar No. 15192 |
| 3 | BALLARD SPAHR LLP |
|   | 1980 Festival Plaza Drive, Suite 900 |
| 4 | Las Vegas, Nevada 89135 |
|   | Telephone:  702.471.7000 |
| 5 | Facsimile:  702.471.7070 |
|   | tasca@ballardspahr.com |
| 6 | clarkas@ballardspahr.com |

*Attorneys for Defendant CNU Online Holdings, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| Dionne Holley, an individual, | CASE NO. 2:22-cv-01667-RFB-EJY |
|---|---|
| Plaintiff, | **Stipulation and Order to Extend CNU Online Holdings, LLC's Deadline to Respond to Plaintiff's Complaint** |
| v. |   |
| Clarity Services, Inc., CNU Online Holdings, LLC, DataX, Ltd., | **(Fourth Request)** |
| Defendants. |   |

Defendant CNU Online Holdings, LLC's ("CNU") response to Plaintiff Dionne Holley's complaint is due December 28, 2022. CNU has requested, and Plaintiff has agreed, that CNU have up to and including January 11, 2023, to respond to Plaintiff's complaint. The additional time will allow CNU to continue investigating Plaintiff's allegations and allow the parties to continue discussing a potential early resolution of the claims asserted against CNU.

[continued on following page]

DMFIRM #404971890 v1

This is the fourth request for such an extension, and it is made in good faith and not for purposes of delay.

Dated:  December 21, 2022

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By:  /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant CNU Online Holdings, LLC* | By:  /s/ David H. Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>5502 S. Fort Apache Road,<br>Suite 200<br>Las Vegas, NV 89148<br>(702) 848-3855<br>dkrieger@kriegerlawgroup.com<br><br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  December 21, 2022