Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Defendant CNU Online Holdings, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Dionne Holley, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Clarity Services, Inc., CNU Online Holdings, LLC, DataX, Ltd.,<br><br>    Defendants. | CASE NO. 2:22-cv-01667-RFB-EJY<br><br>**Joint Status Report re: January 30, 2023 Order** |

Defendant CNU Online Holdings, LLC's ("CNU") and plaintiff Dionne Holley submit this joint status report pursuant to the Court's January 30, 2023 order. (ECF No. 30.)  The parties respectfully request an additional thirty days to file dismissal documents.

Dated:  March 31, 2023

| BALLARD SPAHR LLP | KRIEGER LAW GROUP |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant CNU Online Holdings, LLC* | By: /s/ Shawn W. Miller<br>Shawn W. Miller<br>Nevada Bar No. 7825<br>5502 S. Fort Apache Road,<br>Suite 200<br>Las Vegas, NV 89148<br>(702) 850-2598<br>smiller@kriegerlawgroup.com<br><br>*Attorney for Plaintiff* |

DMFIRM #407271670 v1

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 31st day of March, 2023.

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2023, the foregoing **Joint Status Report re: January 30, 2023 Order** was served to all registered parties and the following via electronic service:

Shawn W. Miller
KRIEGER LAW GROUP
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
smiller@kriegerlawgroup.com

    /s/ Adam Crawford
An employee of BALLARD SPAHR LLP

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070